CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BEAUMONT GEREAU-BEY,<br>    Plaintiff, | Civil Action No. 7:05-CV-00605 |
| v. | **FINAL ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WALLENS RIDGE STATE PRISON, et al.,<br>    Defendants. | By:   Samuel G. Wilson<br>        United States District Judge |

Beaumont Gereau-Bey brings this suit pursuant to 42 U.S.C. § 1983, claiming that the defendants failed to protect him from an assault by a fellow inmate in violation of the Eighth Amendment. The defendants filed a motion to dismiss for failure to exhaust all available administrative remedies, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, finding that Gereau-Bey had not exhausted all administrative remedies and recommending dismissal pursuant to 42 U.S.C. § 1997e(a). Gereau-Bey filed timely objections.

The court has reviewed the Magistrate Judge's report, pertinent portions of the record, and Gereau-Bey's objections. It is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report is **ADOPTED** in its entirety, that the defendants motion to dismiss is **GRANTED**, and that Gereau-Bey's suit is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

**ENTER:** This 29th day of March, 2006.

/s/ _____
UNITED STATES DISTRICT JUDGE